# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| A.M.L., J.J.L., E.R.L., by and through their Next of Friend, John Doe, R.D.M., by and through his Next of Friend, Jane Snow, J.J.G., and S.T.S., <br><br> Plaintiffs, <br><br> v. <br><br> Wright Directions, LLC, Renee Sutton, LPC, Nicki Nichols, LPC, WDFS Employee #1, WDFS Employee #2, WDFS Employee #3, WDFS Employee #4, Jawanda McNair, Gregg Wright, Sandra Roberts, Tyrone B. Beckett, First Zion Missionary Baptist Church, South Carolina Department of Social Services, SCDSS Case Worker #1, SCDSS Case Worker #2, SCDSS Case Worker #3, SCDSS Case Worker #4, SCDSS Case Worker Supervisor #1, SCDSS Case Worker Supervisor #2, Magnelia Washington Cottrell, Charles Brown, Franklin County Childrens Services, FCCS Case Worker #1, FCCS Case Worker #2, FCCS Case Worker #3, FCCS Case Worker #4, FCCS Case Worker Supervisor #1, FCCS Case Worker Supervisor #2, Adoption Advocacy, Inc., June Bond, Joe Haynes, Beaufort County School Board Member #1, Beaufort County School District Administrator #1, Beaufort County School District Administrator #2, Seaside Pediatrics of Bluffton, P.C., Maureen Berrigan, M.D., Palmetto Pediatrics of the Low Country, LLC, Lance Lowe, M.D., <br><br> Defendants. | C/A 9:22-CV-01874 <br> (Consolidated with 9:22-cv-1907-RMG) <br><br> **NOTICE REGARDING PLAINTIFFS' RICO CLAIMS AGAINST THE WDFS DEFENDANTS** |

After further investigation, Plaintiffs do not believe they can pursue the RICO claims against the WDFS Defendants.

                                          Respectfully Submitted,

                                          s//Robert J. Butcher
                                          Robert J. Butcher
                                          Federal Bar No. 9767
                                          Deborah J. Butcher
                                          Federal Bar No. 10731
                                          The Foster Care Abuse Law Firm, PA
                                          507 Walnut Street
                                          Camden, South Carolina 29020
                                          P.O. Box 610
                                          Camden, South Carolina 29021
                                          Telephone: (803) 432-7599
                                          Facsimile: (803) 432-7499
                                          Email: rbutcher@camdensc-law.com
                                          Email: dbutcher@camdensc-law.com

Camden, South Carolina
February 27, 2023